U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 17 2022

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Paul Knowles

v.                                                                    Case No. 21-cv-274-AJ

David Hersey

## SPECIAL VERDICT

### EXCESSIVE FORCE CLAIM

A1.   Has Mr. Knowles proved his excessive force claim against Officer Hersey by a preponderance of the evidence?

Yes _____       No ✓

**If your answer to all of Question A1 is "no," then you must conclude your deliberations as to Mr. Knowles's excessive force claim and proceed to question C1.**

**If your answer to Question A1 is "yes," then you must proceed to question B1.**

### EXCESSIVE FORCE DAMAGES

B1.   What amount of compensatory damages, if any, do you award to Mr. Knowles?

_____

(State the amount in words, not figures.)

**If your answer to Question B1 is "zero," meaning that you award no compensatory damages, proceed to Question B2.  Otherwise, proceed to Question C1.**

B2.   If you have awarded no compensatory damages to Mr. Knowles, but you have found in his favor on his excessive force claim (that is, you have answered "yes" to Question A1), then you must award him nominal damages.  Remember that you can award Mr. Knowles nominal damages only if you have not awarded him any compensatory damages.  What amount of nominal damages do you award?

_____

(State the amount in words, not figures.  Remember that the amount may not exceed one dollar)

**Proceed to question C1.**

## MALICIOUS PROSECUTION CLAIM

C1.   Has Mr. Knowles proved his malicious prosecution claim against Officer Hersey by a preponderance of the evidence?

      Yes _____          No ✓

**If your answer Question C1 is "no," then you must conclude your deliberations.**

**If your answer to Question C1 is "yes," then you must proceed to question D1.**

## MALCIOUS PROSECUTION DAMAGES

D1.   What amount of compensatory damages, if any, do you award to Mr. Knowles?

_____

(State the amount in words, not figures.)

**(This concludes your deliberations.)**

_____
Foreperson

_8/17/22_____
Date

2